# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

CLAIRE BLUMBERG, on her own behalf,
as Trustee of the Claire Blumberg Trust, and
on behalf of all class members similarly
situated

    Plaintiff,

v.

FIDELITY AND GUARANTY LIFE
INSURANCE COMPANY, a Maryland
corporation,

    Defendants.

**SUMMONS IN A CIVIL CASE**

**00-6204 CIV-SEITZ**

CASE NUMBER:

MAGISTRATE JUDGE
**GARBER**

TO: **FIDELITY AND GURANTY LIFE INSURANCE COMPANY**
by serving its Registered Agent:
Insurance Commissioner
State of Florida
The Capitol Building
Tallahassee, Florida 32304

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

Michael A. Hanzman, Esq.
HANZMAN CRIDEN CHAYKIN & ROLNICK, P.A.
200 South Biscayne Boulevard
Suite 2100
Miami, Florida 33131
Telephone: (305) 357-9000

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the Complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

BY DEPUTY CLERK

DATE  FEB 1 0 2000