

The Treasurer of the State of Florida
Department of Insurance

---

CLAIRE BLUMBERG, on her own behalf,
as Trustee of the Claire Blumberg Trust,
and on behalf of all class members similarly
situated

PLAINTIFF(S),

VS.

FIDELITY AND GUARANTY LIFE INSURANCE COMPANY

DEFENDANT(S).
_____/
SUMMONS, CLASS ACTION COMPLAINT, DOCUMENT

CASE #: 00-6204 CIV-GOLD
COURT: UNITED STATES DISTRICT COURT
COUNTY: SOUTHERN
DOI-SOP#: 00-04775

## **NOTICE OF SERVICE OF PROCESS**

NOTICE IS HERBY GIVEN of the acceptance or receipt of Service of Process by the Insurance Commissioner and Treasurer, served or delivered to my office by MAIL on the 11th day of February, 00, addressed to the Insurance Commissioner (as process agent or agent for the insurer). A copy of said process was mailed by certified mail from this office to:

FIDELITY AND GUARANTY LIFE INSURANCE COMPANY
ROBERT R SOUTHARD, JR.
600 NORTH WESTSHORE BLVD, STE 40
TAMPA FL 33609

as resident agent for the named insurer according to my records; or mailed to said addressee as an agent or to said insurer at the request of the plaintiff or plaintiff's attorney on the 14th day of February, 00.

*Bill Nelson*
Bill Nelson
Insurance Commissioner and Treasurer

Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.

Distribution: Clerk of Court, Defendant, Plaintiff or Plaintiff's Attorney

Plaintiff's Representative:
MICHAEL A. HANZMAN, ESQUIRE
SUITE 2100
200 SOUTH BISCAYNE BOULEVARD
MIAMI FL 33131-9622

CA