UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6204-CIV-SEITZ
MAGISTRATE JUDGE GARBER

CLAIRE BLUMBERG, on her own behalf, as Trustee of the Claire Blumberg Trust, and on behalf of all class members similarly situated,

Plaintiffs,

v.

FIDELITY AND GUARANTY LIFE INSURANCE COMPANY, a Maryland corporation,

Defendant.
_____/

## NOTICE OF CHANGE OF ADDRESS

Counsel for Plaintiff Claire Blumberg hereby gives notice that, effective May 1, 2000, its address will change to the following:

>Hanzman Criden Chaykin & Rolnick, P.A.,
>Commercebank Center
>220 Alhambra Circle, Suite 400
>Coral Gables, Florida 33134
>Telephone: (305) 357-9000
>Facsimile:  (305) 357-9050

>Respectfully submitted,

>Hanzman Criden Chaykin & Rolnick, P.A.
>2100 First Union Financial Center
>200 South Biscayne Boulevard
>Miami, Florida 33131
>Telephone:  (305) 357-9000
>Facsimile:   (305) 357-9050

>Kevin B. Love
>Florida Bar No. 993948

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing First Request for Production of Documents has been served via U.S. mail this 25 day of April, 2000 to Wendy L. Furman, Proskauer Rose LLP, 2255 Glades Road, Suite 340 West, Boca Raton, Florida 33431.

Kevin B. Love

L:\LIBRARY\2768\Pleading\notice of change of address.wpd