UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6204-CIV-SEITZ
MAGISTRATE JUDGE GARBER

Complaint - Class Action

CLAIRE BLUMBERG, on her own behalf, as Trustee of the Claire Blumberg Trust, and on behalf of all class members similarly situated,

    Plaintiffs,

v.

FIDELITY AND GUARANTY LIFE INSURANCE COMPANY, a Maryland corporation,

    Defendant.
_____/

### JOINT MOTION TO APPROVE ORDER SCHEDULING MEDIATION

Plaintiff Claire Blumberg ("Blumberg"), on her own behalf, as Trustee of the Claire Blumberg Trust, and on behalf of all Class members similarly situated, and Defendant Fidelity and Guaranty Life Insurance Company ("F&G"), pursuant to the Court's May 10th Order, hereby submits the attached Order Scheduling Mediation.

| | Respectfully submitted, |
|---|---|
| Hanzman Criden Chaykin & Rolnick, P.A. | Proskauer Rose LLP |
| Attorneys for Plaintiffs | Attorneys for Defendant |
| Commercebank Center | 2255 Glades Road, Ste. 340 West |
| 220 Alhambra Circle, Suite 400 | Boca Raton, FL 33431-7383 |
| Coral Gables, FL 33134 | Telephone: (561) 241 7400 |
| Telephone: (305) 357-9000 | Facsimile: (561) 241-7145 |
| Facsimile: (305) 357-9050 | |
| _____ | _____ |
| Michael A. Hanzman | Jay S. Blumenkopf |
|   Florida Bar No. 510637 |   Florida Bar No. 0835870 |
| Kevin B. Love | Wendy L. Furman |
|   Florida Bar No. 993948 |   Florida Bar No. 0085146 |

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing document has been served via U.S. mail this 19 day of May, 2000 to Wendy L. Furman, Proskauer Rose LLP, 2255 Glades Road, Suite 340 West, Boca Raton, Florida 33431.

                                                    Kevin B. Love