

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6204-CIV-SEITZ
MAGISTRATE JUDGE GARBER

Complaint - Class Action

CLAIRE BLUMBERG, on her own behalf, as Trustee of the Claire Blumberg Trust, and on behalf of all class members similarly situated,

    Plaintiffs,

v.

FIDELITY AND GUARANTY LIFE INSURANCE COMPANY, a Maryland corporation,

    Defendant.

_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Mark Buckstein, Professional Disputes Resolution, Inc., on October 11, 2000, at 10:00 a.m., at 1200 North Federal Hwy., Suite 200, Boca Raton, Florida. The timing and location of the mediation may be modified by the parties if agreed to by the mediator, and if consistent with this Court's May 10th Order of Referral to Mediation.

DONE AND ORDERED at Miami, Florida, this 23rd day of May, 2000.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Kevin B. Love, Esq.
    Wendy L. Furman, Esq.
    Mark Buckstein