UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 00-00-6204-CIV-SEITZ/GARBER

CLAIRE BLUMBERG, on her own behalf,
as Trustee of the Claire Blumberg Trust, and
on behalf of all class members similarly
situated,

        Plaintiffs,

v.

FIDELITY AND GUARANTY LIFE
INSURANCE COMPANY, a Maryland
corporation,

        Defendant.
_____/

## JOINT MOTION FOR ENTRY OF CONFIDENTIALITY ORDER

Pursuant to Federal Rule of Civil Procedure 26(c)(7), Plaintiff, Claire Blumberg, and Defendant, Fidelity and Guaranty Life Insurance Company ("F&G"), jointly move this Court for entry of a Confidentiality Order to expedite and facilitate discovery and to adequately protect legitimate privacy, confidentiality and proprietary interests of the parties and non-parties and state as follows:

1. Plaintiff commenced this putative class action for damages on February 10, 2000 against F&G, asserting claims of, <u>inter alia</u>, fraud and breach of fiduciary duty in the sale of single premium deferred annuities.

2. Both parties have complied with the disclosure requirements of Local Rule 16.1. F&G, however, has identified certain documents to be disclosed to Plaintiff that contain



confidential information, including but not limited to personal and private information of non-parties as well as confidential, trade secret and proprietary business information. In addition, Plaintiff served Requests for Production of Documents, which F&G responded to on June 19, 2000, which seek production of confidential documents. F&G is willing to provide Plaintiff with copies of the documents containing confidential information subject to a confidentiality order.

3. The parties agree that documents containing confidential information should be disclosed under a Confidentiality Order in the form attached as **Exhibit A.**

Accordingly, the parties request that this Court enter the attached Confidentiality Order.

Dated: June 23, 2000

Dated: June 22, 2000

HANZMAN CRIDEN CHAYKIN
 & PONCE, P.A.
Attorneys for Plaintiff
2100 First Union Financial Center
200 South Biscayne Blvd.
Miami, Florida 33131
(305) 579-1222
(305) 579-1229 (facsimile)

By: _____
MICHAEL A. HANZMAN
Fla. Bar No. 510637
MICHAEL E. CRIDEN
Fla. Bar No. 714356
ALAN H. ROLNICK
Fla. Bar No. 715085
KEVIN B. LOVE
Fla. Bar No. 993948

PROSKAUER ROSE LLP
Attorneys for Defendant
2255 Glades Road, Ste. 340 West
Boca Raton, FL 33431-7383
(561) 241-7400
(561) 241-7145 (facsimile)

By: _____
JAY S. BLUMENKOPF
Fla. Bar No. 0835870
KRISTINA B. PETT
Fla. Bar No. 0973688
WENDY L. FURMAN
Fla. Bar No. 0085146