UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6204-CIV-SEITZ



CLAIRE BLUMBERG, on her own behalf,
as Trustee of the Claire Blumberg Trust,
and on behalf of all class members similarly
situated,

      Plaintiffs,

vs.

FIDELITY AND GUARANTY LIFE
INSURANCE COMPANY, a Maryland
corporation,

      Defendant.
_____/

## ORDER GRANTING MOTION TO AMEND COMPLAINT

THIS CAUSE comes before the Court upon Plaintiffs' Motion to Amend Complaint, filed May 25, 2000 [D.E. No. 13]. Upon due consideration of the motion, the response thereto, and the pertinent portions of the record, and pursuant to *Fed. R. Civ. P.* 15 and S.D. Fla. L.R. 7.1.C, it is hereby

ORDERED that Plaintiffs' motion to amend [D.E. No. 13] is GRANTED. Plaintiffs shall file a fully executed copy of the First Amended Complaint on or before July 14, 2000.

DONE AND ORDERED in Miami, Florida, this 27th day of June, 2000.

                                                      PATRICIA A. SEITZ
                                                      UNITED STATES DISTRICT JUDGE

cc:    Wendy Furman, Esq.
       Michael Hanzman, Esq.