UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6204-CIV-SEITZ

MAGISTRATE JUDGE GARBER

CLAIRE BLUMBERG, on her own behalf, as
Trustee of the Claire Blumberg Trust, and on
behalf of all class members similarly situated,

    Plaintiffs,

v.

FIDELITY AND GUARANTY LIFE
INSURANCE COMPANY,
a Maryland corporation,

    Defendant.
_____/



## JOINT MOTION FOR VOLUNTARY DISMISSAL

Plaintiff Claire Blumberg ("Blumberg") and Defendant Fidelity and Guaranty Life Insurance Company ("F&G"), pursuant to Fed. R. Civ. P. 41(a), hereby jointly move for dismissal of this action without prejudice. In support of this motion, the parties state as follows:

1. On February 8, 2000, Blumberg filed her Class Action Complaint, raising claims against F&G for selling her two single premium deferred annuities in 1997 and 1998 with alleged lower interest rates and bonuses than were available in connection with substantially similar annuities F&G was then offering for sale to other individuals. On March 27, 2000, F&G filed its Answer and Defenses. On June 27, 2000, the Court granted Blumberg's motion to amend the complaint to add a count for injunctive relief.



2.  Both parties have engaged in discovery including Local Rule 16.1 initial disclosures. Blumberg also received answers to her First Set of Interrogatories and documents in response to her First Request for Production.

3.  After a review of F&G's responses to our discovery requests, Blumberg and Class Counsel have determined that at this point in time it would be in the best interests of Blumberg to dismiss this action.

4.  No motion for class certification was ever filed in this action. Because this action was never certified as a class action, there can be no prejudice to class members' potential claims. Moreover, any statute of limitations applicable to class members' claims has been tolled during the pendency of this action. See American Pipe & Construction Co. v. Utah, 414 U.S. 538 (1974) (holding that the filing of a class complaint tolls the running of the applicable statute of limitations for the benefit of the class).

5.  Neither Blumberg nor putative class members will be prejudiced because both will have the option in the future of bringing any potential claims.

6.  This Court has not yet made any substantive rulings in this case, nor has it yet ruled on the propriety of class certification. Because no class has been certified and no formal notice of this action has been provided to class members, this Court may find, based on the history of this action, the nature of the claims, the potential for future individual actions, and the lack of prejudice to the putative class, that dismissal is appropriate without the necessity for additional class action procedures or notice. See Gunn v. World Omni Financial Corp., 184 F.R.D. 417 (M.D. Ala. 1999) (finding that class notice is unnecessary prior to certification because class claims are dismissed without prejudice); Shelton v. Pargo, Inc. 582 F.2d 1298 (4th Cir. 1978) (holding that no hearing or

notice is necessary where there is no prejudice to the class); Anderberg v. Masonite Corp., 176 F.R.D. (N.D. Ga. 1997) (no class notice is required pre-certification because there is no prejudice to class members).

7. Each party has agreed to bear its own costs, expenses and fees, and each represents to the Court that there has been no settlement of any claims raised and that there has been no collusion regarding this dismissal.

8. A proposed Final Order of Dismissal is attached for the Court's convenience.

WHEREFORE, the parties respectfully request that this Court dismiss this action without prejudice and enter the proposed Final Order of Dismissal attached to this motion.

HANZMAN CRIDEN CHAYKIN &
  ROLNICK, P.A.
Attorneys for Plaintiff
2100 First Union Financial Center
200 South Biscayne Boulevard
Miami, FL  33131
(305) 357-9000
(305) 357-9050 (facsimile)

By: _____
   MICHAEL A. HANZMAN
   Fla. Bar No. 510637
   KEVIN B. LOVE
   Fla. Bar No. 993948
   Dated: August 23, 2000

PROSKAUER ROSE LLP
Attorneys for Defendant
2255 Glades Road, Ste. 340 West
Boca Raton, FL  33431-7383
(561) 241-7400
(561) 241-7145 (facsimile)

By: _____
   JAY S. BLUMENKOPF
   Fla. Bar No. 0835870
   KRISTINA B. PETT
   Fla. Bar No. 0973688
   WENDY L. FURMAN
   Fla. Bar No. 0085146
   Dated: August 23, 2000