UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



CASE NO: 00-6204-CIV-SEITZ

MAGISTRATE JUDGE GARBER

CLAIRE BLUMBERG, on her own behalf, as
Trustee of the Claire Blumberg Trust, and on
behalf of all class members similarly situated,

   Plaintiffs,

v.

FIDELITY AND GUARANTY LIFE
INSURANCE COMPANY,
a Maryland corporation,

   Defendant.
_____/

**CLOSED CIVIL CASE**

### FINAL ORDER OF DISMISSAL  (DE 19)

THIS CAUSE having come before this Court on the Parties' Joint Motion for Voluntary Dismissal, and the Court having examined the file and being fully advised in the premises, it is:

ORDERED and ADJUDGED that:

1. This action and all claims contained herein are hereby dismissed without prejudice;

2. Each party shall bear its own costs, expenses and attorneys' fees All pending motions are denied as moot and this case is closed.

DONE and ORDERED in Chambers, at Miami, Florida, this 7th day of August, 2000.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record
L:\LIBRARY\2768\Pleading\final judgment.wpd

#20